GREEN & SHINEE, PC
RICHARD A. SHINEE, SBN 62767
ELIZABETH J. GIBBONS, SBN 147033
16055 VENTURA BOULEVARD, SUITE 1000
ENCINO, CA, 91436
Telephone: (818) 986-2440
Facsimile: (818) 789-1503
gsras@socal.rr.com

GOYETTE & ASSOCIATES
PAUL Q. GOYETTE, SBN 137250
GARY G. GOYETTE, SBN 224715
11344 COLOMA ROAD, SUITE 145
GOLD RIVER, CA 95670
Telephone: (916) 851-1900
Facsimile: (916) 851-1995
info@goyette-assoc.com
goyetteg@goyette-assoc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ASCOLESE, ROBERT CONNOR, MARCELLO CURKO, MARK ERBACKER, DEAN GALARNEAU, GEORGE HOFSTETTER, ABEL JIMENEZ, JAMES LARKIN, NEAL LEVANG, FRANK ROTHE, MARK SALLES, and MATT TAYLOR on behalf of themselves individually and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LEROY BACA, as SHERIFF of LOS ANGELES COUNTY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. ED CV08-1267 SGL (MANx)<br><br>**JOINT STATEMENT RE CONTINUED STAY OF DISCOVERY AND SCHEDULING OF TRIAL AND PRE-TRIAL DATES**<br><br>Scheduling Conf. Date:<br>Time:<br>Location: |

357873.1 LO140-279

JOINT STATEMENT RE: CONTINUED STAY

1 Plaintiffs MICHAEL ASCOLESE, ROBERT CONNOR, MARCELLO
2 CURKO, MARK ERBACKER, DEAN GALARNEAU, GEORGE HOFSTETTER,
3 ABEL JIMENEZ, JAMES LARKIN, NEAL LEVANG, FRANK ROTHE, MARK
4 SALLES and MATT TAYLOR, on behalf of themselves and all other opt-in
5 Plaintiffs ("Plaintiffs") and Defendants COUNTY OF LOS ANGELES ("County")
6 and LEE BACA ("Baca") (collectively "Defendants") hereby submit this Joint
7 Report pursuant to Federal Rule of Civil Procedure ("FRCP"), Rule 26(f) and the
8 Court's Standing Order. Counsel for the parties discussed the matters set forth
9 herein on October 7, 2009.

10 **I.  STATEMENT OF THE CASE**
11 Plaintiffs are employed by the County as sworn deputy sheriffs in various
12 duty assignments, including patrol assignments, custodial assignments, court
13 services assignments and detective assignments in the County's Sheriff Department
14 ("LASD"). Plaintiffs bring this case as a collective action under the Fair Labor
15 Standards Act ("FLSA") pursuant to 29 U.S.C. §216(b). As set forth in the
16 operative Complaint, Plaintiffs allege that they are entitled to unpaid overtime
17 compensation for time spent performing various tasks outside of their work shifts.

18 **II. PROCEDURAL HISTORY OF CASE**
19 Plaintiffs' First Amended Complaint was filed on or about October 8, 2008.
20 The Court has twice stayed this case, first on April 20, 2009, staying the scheduling
21 conference and other dates until July 20, 2009 to afford continued settlement
22 negotiations. In its' Order of April 20, 2009, the court also continued the hearing
23 date for Plaintiffs' pending Motion to Conditionally Certify the Class for this Case
24 as a Collective Action Under 29 USC 216(b), to be re-set in August pending the
25 outcome of the parties' settlement negotiations.
26 ///
27 ///
28 ///

The Court issued a further Order on July 13, 2009, continuing the Stay pursuant to the parties' joint stipulation in consideration of the following: (1) to give Plaintiffs time to provide Defendants with requested information regarding Plaintiffs claims and allow Defendants to assess that information, (2) to allow the parties to pursue settlement discussions, and for Defendants to respond to Plaintiffs initial Settlement demand of June 9, 2009, and (3) in anticipation and expectation of a ruling within 90 days by the Ninth Circuit court of Appeals in *Bamonte v. City of Mesa, AZ,* Case No. 08-16206, argued before the Court on June 1, 2009, which ruling could resolve issues in this action.

### III. PLAINTIFFS' AND DEFENDANTS PROPOSALS FOR LITIGATION

The parties have conferred and discussed their respective positions regarding litigation of this action pursuant to the end of the 90-day continued Stay ordered on July 13, 2009.

**Plaintiffs' View:** Plaintiffs do not believe that this case should be stayed further at this time for the following reasons:

(1) The action was filed one year ago and little, if any, progress has been made during the continuance periods either toward settlement or disposition of issues in the litigation.

(2) Settlement discussions, and Defendants' response to Plaintiffs' initial settlement proposal have not produced meaningful results; Plaintiffs are still waiting to receive a response from Defendants to Plaintiffs' detailed follow up settlement proposal submitted to counsel for Defendants on August 25, 2009.

(3) The Ninth Circuit has not issued a ruling in *Bamonte v. City of Mesa, AZ,* and there is no indication that the ruling will be forthcoming. While the Court may articulate clear rules based on the issues in this case when it finally issues its ruling, it is very possible the decision will be too narrow or too case-specific to the issue before the Court to be dispositive of the issues in this case. Further

continuances in anticipation of this ruling unnecessarily delay the litigation for an uncertain period of time.

For these reasons, Plaintiffs propose that this case be put on an active litigation calendar, that the court issue a briefing schedule and hearing date for Plaintiffs' Motion to Certify the Class, and a date set for a CMC if needed to determine a litigation and discovery schedule.

**Defendants' View:**

Defendants believe the case should be stayed an additional 90 days so the parties can receive guidance from the Ninth Circuit on the compensability of "donning and doffing" time. Defendants believe an additional stay will preserve the parties' financial resources while the Ninth Circuit renders its decision and the parties continue their settlement talks. Such a stay was recently ordered by the Hon. Valerie Baker Fairbank in a similar collective action involving the City of Los Angeles, *Nunez, et al. v. City of Los Angeles,* USDC Case No. CV 06-6390 VBF (MANx).

Dated: October 12, 2009

GOYETTE & ASSOCIATES

By: _____
Gary G. Goyette
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: October 12, 2009 | GREEN & SHINEE |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Elizabeth J. Gibbons<br>Deborah B. Schild<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: October 12, 2009 | LIEBERT CASSIDY WHITMORE |
| 7 | | |
| 8 | | By: *Jennifer K. Palagi* |
| 9 | | Brian P. Walter<br>Geoffrey S. Sheldon<br>Jennifer K. Palagi<br>Elizabeth T. Arce<br>Attorneys for Defendants<br>COUNTY OF LOS ANGELES and LEROY BACA |